JS-6

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOHN L. BARBER, SB# 160317
 E-Mail: barber@lbbslaw.com
JOSEPH R. LORDAN, SB# 265610
 E-Mail: lordan@lbbslaw.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Defendant RAYTHEON COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GILBERT GARRIDO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAYTHEON COMPANY; and DOES 1 to 10,<br><br>　　　　Defendants. | CASE NO. CV12-03825 GAF (RZx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Date:　　　March 11, 2013<br>Time:　　　9:00 a.m.<br>Crtroom:　　740<br><br>Assigned to: Judge Gary A. Feess<br><br>Action Filed: April 2, 2012<br>Trial Date:　April 30, 2013 |

　　　On March 11, 2013, Defendant RAYTHEON COMPANY'S Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure was ruled on by the Honorable Gary A. Feess in Department 740.

　　　After full consideration of the moving and responding papers and all supporting papers, it appears and the court finds that Defendant RAYTHEON COMPANY has shown by admissible evidence and reasonable inferences from admissible evidence that the action has no merit, that Plaintiff has presented no triable issue of fact, and the court orders the following judgment:

/ / /

**IT IS ORDERED AND ADJUDGED THAT:**

1. Defendant's Motion for Summary Judgment is granted in its entirety in favor of Defendant RAYTHEON COMPANY for the factual and legal reasons set forth in the this Court's "Order Re: Motion For Summary Judgment" dated and filed March 11, 2013, as well as the evidence submitted by the Defendant in support of its Motion. Costs are to be awarded to Defendant pursuant to Rule 54 of the Federal Rules of Civil Procedure in the amount to be determined by application to the Clerk of the Court.

2. Judgment is hereby entered in favor of Defendant and against Plaintiff on all of the claims, causes of action, and damages alleged in this lawsuit and the entire action is dismissed with prejudice on the merits.

3. Plaintiff shall take nothing by this suit. Defendant is deemed to be the prevailing party for all purposes.

DATED: March 27, 2013     By: _____
The Honorable Gary A. Feess
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA